IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
**Nashville Division**

| | | |
|---|---|---|
| Victor Ashe, Phil Lawson, and the League of Women Voters of Tennessee, | ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | Case No. 3:23-cv-01256 |
| | ) | Judge Eli J. Richardson |
| Tre Hargett, in his official capacity as Tennessee Secretary of State; Mark Goins, in his official capacity as Tennessee Coordinator of Elections; and Jonathan Skrmetti, in his official capacity as Tennessee Attorney General, | ) ) ) ) ) ) ) ) | Magistrate Judge Alistair Newbern |
| *Defendants*. | ) | |

## MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65, and upon the Declarations of Victor Ashe, Phil Lawson, and Debby Gould; the accompanying Memorandum of Law; and all other pleadings and proceedings in this action, Plaintiffs Victor Ashe, Phil Lawson, and the League of Women Voters of Tennessee, by and through their undersigned counsel, move for an order (1) preliminarily finding that Tennessee Code Annotated Sections 2-7-115(b) and (c) are void for vagueness under the Fourteenth Amendment, and overbroad and in violation of the First Amendment's free speech clause; (2) preliminarily enjoining Defendants and their employees, agents, and successors in office from enforcing Tennessee Code Annotated Sections 2-7-115(b) and (c); (3) awarding Plaintiffs their reasonable attorneys' fees and costs, including pursuant to 42 U.S.C. § 1988; and (4) granting such other relief as the Court deems just and proper

As set forth in detail in the Memorandum of Law, Plaintiffs are likely to succeed on the merits of each of their moved-on claims and will suffer irreparable harm absent relief, and the

balance of the equities favors Plaintiffs. For these reasons, Plaintiffs are entitled to a preliminary injunction.

Prior to the filing of this Motion, in accordance with Local Rule 7.01(a)(1), Plaintiffs' counsel advised Defendants' counsel of their intention to move for a preliminary injunction. Defendants' counsel indicated that they would oppose the Motion and requested relief.

Dated: December 8, 2023

Respectfully submitted,

/s/ R. Culver Schmid
R. Culver Schmid, BPR No. 011128
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
265 Brookview Centre Way, Suite 600
Knoxville, TN 37919
Tel.: (865) 971-5103
cschmid@bakerdonelson.com

Gary Shockley, BPR No. 010104
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
1600 West End Avenue, Suite 2000
Nashville, TN 37203
Tel.: (615) 726-5600
gshockley@bakerdonelson.com

Eric G. Osborne, BPR No. 029719
Christopher C. Sabis, BPR No. 030032
William L. Harbison, BPR No. 007012
Frances W. Perkins, BPR No. 040534
Sherrard Roe Voigt & Harbison, PLC
150 3rd Avenue South, Suite 1100
Nashville, TN 37201
Tel.: (615) 742-4200
eosborne@srvhlaw.com
csabis@srvhlaw.com
bharbison@srvhlaw.com
fperkins@srvhlaw.com

*Counsel for Plaintiffs Victor Ashe and Phil Lawson*

John E. Haubenreich, BPR No. 029202
The Protect Democracy Project
2020 Pennsylvania Avenue NW, #163
Washington, DC 20006
Tel.: (202) 579-4582
john.haubenreich@protectdemocracy.org

Orion Danjuma (*pro hac vice* pending)
The Protect Democracy Project
82 Nassau St. #601
New York, NY 10038
Tel.: (202) 579-4582
orion.danjuma@protectdemocracy.org

Collin P. Wedel (*pro hac vice* pending)
Sidley Austin LLP
555 W. Fifth St., Suite 4000
Los Angeles, CA 90013
Tel.: (213) 896-6000
cwedel@sidley.com

Jillian Sheridan Stonecipher (*pro hac vice* pending)
Rebecca B. Shafer (*pro hac vice* pending)
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
Tel.: (312) 853-7000
jstonecipher@sidley.com
rshafer@sidley.com

*Counsel for Plaintiff League of Women Voters of Tennessee*

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 8, 2023 a true and exact copy of the foregoing is being served via the Court's CM/ECF system upon the following:

Zachary L. Barker
Assistant Attorney General
Public Interest Division
P.O. Box 20207
Nashville, Tennessee 37202
Zachary.Barker@ag.tn.gov

Dawn Jordan
Special Counsel
Office of Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
Dawn.Jordan@ag.tn.gov

                                                                     */s/ Eric G. Osborne*
                                                                      Eric G. Osborne