| | |
|---|---|
| Victor Ashe, Phil Lawson, and the League of Women Voters of Tennessee, ) ) ) *Plaintiffs*, ) ) v. ) ) Tre Hargett, in his official capacity as Tennessee Secretary of State; Mark Goins, in his official capacity as Tennessee Coordinator of Elections; and Jonathan Skrmetti, in his official capacity as Tennessee Attorney General, ) ) ) ) ) ) ) *Defendants*. ) | Case No. 3:23-cv-01256 Judge Eli J. Richardson Magistrate Judge Alistair Newbern |

### JOINT MOTION TO SET BRIEFING DEADLINES

Plaintiffs and Defendants respectfully request the Court enter an order setting the below deadlines in this case. Counsel requests these extended deadlines because of the upcoming holidays and long-planned vacations for the holidays. These deadlines will still allow all parties to sufficiently brief the constitutional issues in this case well before the March 5th primary.

The parties respectfully request the following briefing schedule:

**January 3, 2024** – Defendants' (1) Motion to Dismiss and Memorandum of Law in Support and (2) Response to Plaintiffs' Motion for Preliminary Injunction

**January 17, 2024** – (1) Plaintiffs' Response to Defendants' Motion to Dismiss and (2) Plaintiffs' Reply in Support of Motion for Preliminary Injunction

**January 24, 2024** – Defendants' Reply in Support of Motion to Dismiss

Plaintiffs and Defendants respectfully request the Court enter an order setting these deadlines in this case.

Dated: December 14, 2023

Respectfully submitted:

*/s/ Dawn Jordan*
Dawn Jordan
Special Counsel
Office of Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
Dawn.Jordan@ag.tn.gov

Zachary L. Barker
Assistant Attorney General
Public Interest Division
P.O. Box 20207
Nashville, Tennessee 37202
Zachary.Barker@ag.tn.gov

*/s/ R. Culver Schmid* (w/ permission)
R. Culver Schmid, BPR No. 011128
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
265 Brookview Centre Way, Suite 600
Knoxville, TN 37919
Tel.: (865) 971-5103
cschmid@bakerdonelson.com

Gary Shockley, BPR No. 010104
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
1600 West End Avenue, Suite 2000
Nashville, TN 37203
Tel.: (615) 726-5600
gshockley@bakerdonelson.com

*/s/ Eric G. Osborne* (w/ permission)
Eric G. Osborne, BPR No. 029719
Christopher C. Sabis, BPR No. 030032
William L. Harbison, BPR No. 007012
Frances W. Perkins, BPR No. 040534
Micah N. Bradley, BPR No. 38402
Sherrard Roe Voigt & Harbison, PLC
150 3rd Avenue South, Suite 1100
Nashville, TN 37201
Tel.: (615) 742-4200
eosborne@srvhlaw.com
csabis@srvhlaw.com
bharbison@srvhlaw.com
fperkins@srvhlaw.com
mbradley@srvhlaw.com

*/s/ Collin P. Wedel* (w/ permission)
Collin P. Wedel (admitted *pro hac vice*)
Sidley Austin LLP
555 W. Fifth St., Suite 4000
Los Angeles, CA 90013
Tel.: (213) 896-6000
cwedel@sidley.com

Jillian Sheridan Stonecipher (admitted *pro hac vice*)
Rebecca B. Shafer (admitted *pro hac vice*)
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
Tel.: (312) 853-7000
jstonecipher@sidley.com
rshafer@sidley.com

John E. Haubenreich, BPR No. 029202
The Protect Democracy Project
2020 Pennsylvania Avenue NW, #163
Washington, DC 20006
Tel.: (202) 579-4582
john.haubenreich@protectdemocracy.org

Orion Danjuma (admitted *pro hac vice*)
The Protect Democracy Project
82 Nassau St. #601
New York, NY 10038
Tel.: (202) 579-4582
orion.danjuma@protectdemocracy.org

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2023 a true and exact copy of the foregoing is being served via the Court's CM/ECF system and email upon the following:

R. Culver Schmid
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
265 Brookview Centre Way, Suite 600
Knoxville, TN 37919
Tel.: (865) 971-5103
cschmid@bakerdonelson.com

Gary Shockley
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
1600 West End Avenue, Suite 2000
Nashville, TN 37203
Tel.: (615) 726-5600
gshockley@bakerdonelson.com

Eric G. Osborne
Christopher C. Sabis
William L. Harbison
Frances W. Perkins
Micah N. Bradley
Sherrard Roe Voigt & Harbison, PLC
150 3rd Avenue South, Suite 1100
Nashville, TN 37201
Tel.: (615) 742-4200
eosborne@srvhlaw.com
csabis@srvhlaw.com
bharbison@srvhlaw.com
fperkins@srvhlaw.com
mbradley@srvhlaw.com

Collin P. Wedel
Sidley Austin LLP
555 W. Fifth St., Suite 4000
Los Angeles, CA 90013
Tel.: (213) 896-6000
cwedel@sidley.com

Jillian Sheridan Stonecipher
Rebecca B. Shafer
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
Tel.: (312) 853-7000
jstonecipher@sidley.com

rshafer@sidley.com

John E. Haubenreich
The Protect Democracy Project
2020 Pennsylvania Avenue NW, #163
Washington, DC 20006
Tel.: (202) 579-4582
john.haubenreich@protectdemocracy.org

Orion Danjuma
The Protect Democracy Project
82 Nassau St. #601
New York, NY 10038
Tel.: (202) 579-4582
orion.danjuma@protectdemocracy.org

/*s*/   Dawn Jordan