IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VICTOR ASHE, et al., | ) |
| Plaintiffs, | ) |
| v. | ) NO. 3:23-cv-01256 |
| | ) JUDGE RICHARDSON |
| TRE HARGETT, et al., | ) |
| Defendants. | ) |

# ORDER

The parties have filed a "Joint Motion to Set Briefing Deadlines" (Doc. No. 29) ("Motion"). The Motion asks the Court to enter an order extending various briefing deadlines in light of the upcoming holiday season. The Motion is **GRANTED**. The parties shall file their respective briefings by the following deadlines:

**January 3, 2024** – Defendants' (1) Motion to Dismiss and Memorandum of Law in Support and (2) Response to Plaintiffs' Motion for Preliminary Injunction

**January 17, 2024** – (1) Plaintiffs' Response to Defendants' Motion to Dismiss and (2) Plaintiffs' Reply in Support of Motion for Preliminary Injunction

**January 24, 2024** – Defendants' Reply in Support of Motion to Dismiss

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE