it any time,
for Skilled
4-2003 and
4-2004 and
nination or
Care and
the State
for the
ee Nursing
Hospital

ect upon

IcKinney,
TATIVES

S. Wilder,
SENATE

ld Dunn,
ERNOR

## CHAPTER NO. 740

## SENATE BILL NO. 1388

### By Henry, Baker, Davis

Substituted for: House Bill No. 1615

By Bragg, Ashford, Fleming, Darnell, Murphy (Davidson) Copeland, Ashe

AN ACT to restate, supplement, consolidate, clarify and revise the election laws of this State and other matters related to them in order to establish a uniform law of elections protecting the freedom and purity of elections; to repeal all laws in conflict with this Act and to repeal specifically Subsection (29) of Section 1-305, Sections 2-101 through 2-113, Sections 2-201 through 2-207, Sections 2-301 through 2-327, Sections 2-401 through 2-403, Sections 2-405 through 2-410, Sections 2-412 through 2-416, Sections 2-501 through 2-508, Sections 2-601 through 2-609, Sections 2-701 through 2-702, Sections 2-801 through 2-841, Sections 2-901 through 2-912, Sections 2-1001 through 2-1012, Sections 2-1101 through 2-1107, Sections 2-1109 through 2-1112, Sections 2-1114 through 2-1122, Sections 2-1201 through 2-1207, Sections 2-1209 through 2-1230, Sections 2-1301 through 2-1323, Sections 2-1401 through 2-1406, Section 2-1408, Sections 2-1410 through 2-1429, Section 2-1431, Sections 2-1501 through 2-1542, Sections 2-1601 through 2-1616, Sections 2-1701 through 2-1710, Sections 2-1801 through 2-1809, Sections 2-1901 through 2-1924, Sections 2-2001 through 2-2017, Sections 2-2101 through 2-2110, Section 2-2112, Sections 2-2201 through 2-2219, Sections 2-2222 through 2-2257, Sections 5-403 and 5-404, Section 6-2008, Sections 6-2504 through 6-2506, Section 6-3104, Sections 54-804 and 54-806, Tennessee Code Annotated; and to amend specifically Section 5-206, Section 5-304, Section 5-405, Sections 5-1001, 5-1023 through 5-1025, Sections 5-1106 through 5-1111, Sections 6-913 and 6-914, Sections 6-1519 through 6-1521, Sections 6-1608, 6-1610 through 6-1613, and 6-1615, Section 6-1710, Sections 6-1804, 6-1805, 6-1808, 6-1809, and 6-1811, Subsection (32) of section 6-1901, Sections 6-2001, 6-2005 through 6-2007, and 6-2011, Sections 6-2302 and 6-2303, Sections 6-2501 through 6-2503 and 6-2507 through 6-2510, Section 6-2812, Section 6-2907, Section 6-3006, Sections 6-3101, 6-3103, 6-3105, 6-3107, 6-3110, 6-3115, 6-3117, 6-3118, 6-3120, and 6-3121, Section 6-3422, Sections 6-3705, 6-3709, and 6-3722, Section 54-803, Section

Case 3:23-cv-01256    Document 31-1    Filed 01/03/24    Page 1 of 2 PageID #: 153

to give on each question. Before leaving the voting compartment, the voter shall fold his ballot so that his votes cannot be seen but so that the information printed on the back of the ballot and the numbered stub are plainly visible.

(c) The voter shall state his name and present his folded ballot to the judge assigned to receive and deposit the ballots. The judge shall compare the ballot number on the stub with the ballot number on the voter's ballot application. If the ballot numbers are the same, the judge shall tear off and destroy the stub and deposit the ballot in the ballot box unless the voter is successfully challenged. The judge shall file all ballot applications in the order in which they are given to him.

715. (a) A voter may vote only in the precinct where he resides and is registered, but if a registered voter has, within ninety (90) days before an election, changed his residence to another place inside Tennessee but outside the precinct where he is registered or changed his name by marriage or otherwise, he may vote in the polling place where he is registered.

(b) A registered voter is entitled to vote in a primary election for offices for which he is qualified to vote at the polling place where he is registered

(1) If he is a bona fide member of and affiliated with the political party in whose primary he seeks to vote, or

(2) If, at the time he seeks to vote, he declares his allegiance to the political party in whose primary he seeks to vote and states that he intends to affiliate with that party.

He shall indicate on which basis he is voting in his application for a ballot.

Case 3:23-cv-01256    Document 31-1    Filed 01/03/24    Page 2 of 2 PageID #: 154