The Governor received House Bill No. 990 on March 26, 1974 and returned the bill on April 1, 1974 with a veto message.

Pursuant to Article III, Section 18 of the Constitution of the State of Tennessee, the House of Representatives passed House Bill No. 990 on April 23, 1974 the Governor's veto to the contrary notwithstanding.

The Senate passed House Bill No. 990 on April 24, 1974 the Governor's veto to the contrary notwithstanding. Therefore, House Bill No. 990 becomes a law.

---

## CHAPTER NO. 801

### SENATE BILL NO. 2394

**By Henry, Davis, Hamilton, Baker, Crouch, Albright**

Substituted for: House Bill No. 2560

By Hicks, Ashe, Webb, Murphy (Davidson), Jensen

AN ACT to amend Section 2-715, Tennessee Code Annotated, relative to primary election voting requirements.

BE IT ENACTED BY THE GENERAL ASSEMBLY OF THE STATE OF TENNESSEE:

SECTION 1. Section 2-715, Tennessee Code Annotated, is amended by deleting the last sentence of that section:

"He shall indicate on which basis he is voting in his application for a ballot."

)0 on March 26,
974 with a veto

he Constitution
Representatives
23, 1974 the
tanding.

April 24, 1974
otwithstanding.
law.

uch, **Albright**

2560

son), Jensen

notated, relative to

SSEMBLY OF

nnessee Code
st sentence of

is voting in his

SECTION 2. This Act shall take effect upon becoming a law, the public welfare requiring it.

PASSED: April 25, 1974

Jonn S. Wilder,
SPEAKER OF THE SENATE

Ned R. McWherter,
SPEAKER OF THE HOUSE OF REPRESENTATIVES

APPROVED: April 29, 1974

Winfield Dunn,
GOVERNOR

---

**CHAPTER NO. 802**

**SENATE BILL NO. 2154**

**By Person, Garland**

Substituted for: House Bill No. 2004

By Williams, Jensen, Martin, Stafford, Elkins

Case 3:23-cv-01256     Document 31-2     Filed 01/03/24     Page 2 of 2 PageID #: 156