IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VICTOR ASHE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | NO. 3:23-cv-01256 |
| v. ) | |
| ) | JUDGE RICHARDSON |
| TRE HARGETT, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Pending before the Court is "Defendants' Motion to Dismiss" (Doc. No. 31, "Motion") seeking to dismiss Plaintiffs' action for failure to state a claim upon which relief can be granted, pursuant to Fed. R. Civ. P. 12(b)(6), and lack of subject-matter jurisdiction, pursuant to Fed. R. Civ. P. 12(b)(1). The Motion is supported by a memorandum of law (Doc. No. 32). Plaintiffs filed a response (Doc. No. 34) in opposition to the Motion, to which Defendants filed a reply (Doc. No. 36).

For the reasons stated in the accompanying Memorandum Opinion, the Motion is GRANTED, and this action is dismissed without prejudice for lack of subject-matter jurisdiction pursuant to Rule 12(b)(1), without the Court reaching Defendants' request for dismissal pursuant to Rule 12(b)(6). In light of the dismissal of this action, Plaintiffs' "Motion for Preliminary Injunction" (Doc. No. 21) is DENIED as moot. The Clerk is directed to enter judgment pursuant to Fed. R. Civ. P. 58 and close the file.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE