# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

Victor Ashe, et al.

                Plaintiff,

v.                                                           Case No.: 3:23−cv−01256

Tre Hargett, et al.

                Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 3/4/2024 re [41].

                                                                                   Lynda M. Hill
                                                         s/ Aubrey L Frantz, Deputy Clerk